UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA LOZADA DURAN,

        Plaintiff,

v.                                                      Case No: 6:17-cv-428-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of the Commissioner of Social Security's final decision denying her applications for disability insurance benefits and supplemental security income (Doc. 1) filed on March 9, 2017. The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 5, 2018 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner of Social Security's final decision in this case is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment accordingly and **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida on February 21, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties